IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| GWEN CATTONI, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No.  5:15-cv-259 |
| | § | |
| COMENITY LLC | § | |
| d/b/a COMENITY BANK, | § | |
| | § | |
| Defendant. | § | |

## NOTICE OF VOLUNTARY DISMISSAL

GWEN CATTONI (Plaintiff), by her attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, without prejudice, COMENITY LLC d/b/a COMENITY BANK., (Defendant), in this case.

RESPECTFULLY SUBMITTED,

Dated: July 28, 2015        By: /s/ Ryan Lee
              Ryan Lee
              Krohn & Moss, Ltd.
              10474 Santa Monica Blvd., Suite 405
              Los Angeles, CA 90025
              Tel: 323-988-2400 x241
              Fax: 866-861-1390
              rlee@consumerlawcenter.com

              *Attorneys for Plaintiff*

1

VOLUNTARY DISMISSAL

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 28, 2015, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was electronically submitted to all parties by the Court's CM/ECF system.

By:   /s/ Ryan Lee, Esq.
       Ryan Lee, Esq