IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| GWEN CATTONI, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. SA-15-CA-259-FB |
| | § | |
| COMENITY LLC d/b/a COMENITY BANK, | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

Before the Court is Notice of Voluntary Dismissal filed by the plaintiff on July 28, 2015 (docket #7). Because the electronic docket sheet in this case reveals the defendant has not filed an answer or a motion for summary judgment, plaintiff may voluntarily dismiss the case pursuant to FED. R. CIV. P. 41(a)(1)(A).

Accordingly, IT IS HEREBY ORDERED that this case is DISMISSED WITHOUT PREJUDICE. Motions pending, if any, are also DISMISSED, and this case is CLOSED.

It is so ORDERED.

SIGNED this 29th day of July, 2015.

_____
FRED BIERY
CHIEF UNITED STATES DISTRICT JUDGE